**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00297-CR

### KIRK STEVEN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-70153-Y

## ORDER

This is the third order this Court has issued regarding the reporter's record of the suppression hearing conducted in this case. On March 10, 2015, this Court ordered court reporter Sharon Hazlewood to file, within fifteen days, the reporter's record of the suppression hearing. On April 8, 2015, we received the reporter's record of the suppression hearing from court reporter Susan Tabaee. The record, however, did not include State's Exhibit no. 51, a DVD. In response to our May 4, 2015 order, Ms. Tabaee filed a letter stating that she delivered State's Exhibit no. 51 to court reporter Sharon Hazlewood, and that Ms. Tabaee no longer has access to the record. To date, Ms. Hazlewood has neither filed the exhibit nor corresponded with the Court regarding the status of the exhibit.

Accordingly, we **ORDER** Sharon Hazlewood to surrender State's Exhibit no. 51, the DVD admitted into evidence during the suppression hearing, to the Honorable Elizabeth Frizell, Presiding Judge of the Criminal District Court No. 7, by **4:00 p.m. on FRIDAY, MAY 22, 2015**. Thereafter, we further **ORDER** that Vearneas Faggett, official court reporter of the Criminal District Court No. 7, file State's Exhibit nos. 1 and 3 with this Court by **4:00 p.m. on the following FRIDAY, MAY 29, 2015**. We warn Ms. Hazlewood that this Court expects complete compliance with this order. Ms. Hazlewood may not seek to avoid the consequences of this order by seeking to file the exhibit in another manner.

> **FAILURE OF SHARON HAZLEWOOD TO SURRENDER STATE'S EXHIBIT NO. 51 TO THE HONORABLE ELIZABETH FRIZELL BY THE DATE AND TIME SET FORTH ABOVE MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

We **DIRECT** the Clerk to send a copy of this order to Sharon Hazlewood, former official court reporter, Criminal District Court No. 7.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; the Dallas County Auditor; the Texas Court Reporter's Certification Board; and to counsel for all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE